# COMPLAINT

**(for non-prisoner filers without lawyers)**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAY 22 P 12: 21

CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

(Full name of plaintiff(s))

Roy Gene, Dunbar

v.

Case Number: 26-C 918

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Jack I. Davila,

Jesica Ballenger,

Anna Hodges

A. PARTIES

1. Plaintiff is a citizen of Wisconsin Republic Of America and resides at
(State)

P.O. Box 511793 Milwaukee,Wisconsin [53203]
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Jack I. Davila, Jesica Ballenger, Anna Hodges
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at Milwaukee County
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee Courthouse 901 North Ninth Street, Unit 104, Milwaukee Wisconsin [53233]
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

See Attached Complaint;

Complaint – 3

Case 2:26-cv-00918-NJ    Filed 05/22/26    Page 3 of 9    Document 1

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ ________________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

RELIEF SOUGHT (per your attached Fee Schedule)

GPS Ankle Monitoring (15+ months) — $55,000 per minute (billions when calculated),

The trust property must be returned, Chattels, interests and Securities,

Illegal attempt to establish corporate jurisdiction — $25,000,000 per occurrence.

Permanent injunction against further contact by Defendant,

Costs and § 1988 fees.

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 22 day of May 2026.

Respectfully Submitted,

Roy Gene, Dunbar

Signature of Plaintiff

414-397-8988

Plaintiff's Telephone Number

Roydunbar77@yahoo.com

Plaintiff's Email Address

P.O. Box 511793

Milwaukee,Wisconsin [53203]

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WISCONSIN**

**MILWAUKEE DIVISION**

**Roy Gene Dunbar, Beneficiary of the ROY GENE DUNBAR ESTATE,** a private American civilian,

Plaintiff,

v.

**JACK L. DAVILA, JESICA BALLENGER, ANNA HODGES**

Defendant.

Case No. ____________________ (42 U.S.C. § 1983 Civil Rights Complaint)

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**FEDERAL QUESTIONS PRESENTED (verbatim as instructed)**

1. Whether a state court judge's repeated denial of a criminal defendant's Sixth Amendment right to self-representation, Milwaukee clerk agreeing with the decisions, refusal to dismiss for lack of jurisdiction and failure to produce a sworn complaint or accuser, and imposition of GPS monitoring without civilian due process —which violates his life, liberty and property based on the 14th Amendment § 1, cl. 3 — violates the Fifth, Sixth, and Fourteenth Amendments of the U.S. Constitution, thereby depriving the defendant of liberty without civilian due process and the right to a fair tribunal?

2. Whether a state criminal proceeding operates as an implied trust under federal equity principles, wherein the plaintiff is the beneficiary of the ROY GENE DUNBAR ESTATE, the prosecutor is appointed trustee, and the judge is fiduciary — and whether the judge's refusal to honor a Notice of Merger, Certificate of Appointment of Trustee, and demand for exoneration, after the beneficiary tendered settlement in equity, constitutes a taking of trust property without just compensation in violation of the Fifth Amendment and a breach of federally protected equitable rights?

3. Whether a state court's refusal to accept a beneficiary's pre-trial equitable tender (Notice of Merger, Certificate of Title of Special Deposit, and Fee Schedule) — intended to settle and close a criminal matter and prevent irreparable damage to the ROY GENE DUNBAR ESTATE — after the beneficiary appeared in propria persona and invoked federal equity jurisdiction, violates the Due Process Clause of the

Fourteenth Amendment by denying access to an equitable remedy and allowing unjust enrichment to accrue against the trust?

4. Whether a state court judge's refusal to recuse under 28 U.S.C. § 455(b)(5)(i) and Canon 3C(1)(d)(i) — after being named as a defendant in a prior federal lawsuit by the plaintiff — constitutes a clearly established violation of due process, rendering all subsequent orders void ab initio and subjecting the judge to § 1983 liability for compensatory and punitive damages for the plaintiff's illegal GPS detention, emotional distress, and loss of liberty during the entire criminal proceeding?

**JURISDICTION AND VENUE**

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3). Venue is proper in the Milwaukee Division.

**PARTIES**

1. Plaintiff Roy Gene Dunbar is the living beneficiary of the ROY GENE DUNBAR ESTATE (see attached Certificate of Title of Special Deposit RB 646 207 878 US; Living Estate Minutes 07-10-2024 & 06-16-2024).
2. Defendant Jack L. Dávila is sued solely in his individual capacity.

**STATEMENT OF FACTS**

(Who – What – When – Where – Why)

**Who violated Plaintiff's rights** Defendants Jack L. Dávila (Judge), Jesica Ballenger (Prosecutor), and Anna Hodges (Clerk), all acting under color of Wisconsin state law in Milwaukee County Case No. 2024CF000790.

**What each defendant did**

- **Jack L. Dávila (Judge)**: Repeatedly denied Sixth Amendment self-representation (May 12 Tr. 4–8); refused to dismiss for lack of jurisdiction after Plaintiff filed Notice of Merger and invoked civilian status (May 12 Tr. 3:18–5:22); failed to require a sworn complaint from any accuser; imposed and kept GPS monitor on Plaintiff without findings or review (May 16 Tr. 8–10); refused to honor equitable tender documents (Notice of Merger, Certificate of Title of Special Deposit, Fee Schedule) and continued the case (May 12 Tr. 5); failed to recuse after being sued by Plaintiff in federal court (E.D. Wis. Case No. 2:24-cv-01593-JPS).

- **Jesica Ballenger (Prosecutor)**: Prosecuted the case while knowing of Plaintiff's trust filings and equitable tender; opposed every jurisdictional motion and request

for dismissal (May 12 Tr. 5–6; May 13 Tr. 11–15); supported continued GPS monitoring and never produced a sworn complaint from the victims (May 15 Tr. 12–14); agreed to and enforced all unconstitutional rulings by Judge Dávila.

- **Anna Hodges (Clerk)**: As Clerk of Milwaukee County, processed, docketed, and approved every order, filing, and warrant in the case; allowed the case to proceed despite Plaintiff's Notice of Merger, Certificate of Appointment of Trustee, and equitable tender; agreed to and facilitated every ruling by Judge Dávila and every action by Prosecutor Ballenger (as shown by all docket entries and the 7th Cir. Docket No. 25-1010 naming her as a defendant for the same conduct).

**When**
February 19, 2024 (GPS imposed) through May 16, 2025 (trial verdict with GPS still attached).

**Where**
Milwaukee County Courthouse, Branch 1, 901 N. 9th Street, Milwaukee, Wisconsin 53233.

**Why**
Defendants acted in concert to ignore Plaintiff's trust/equity filings, maintain jurisdiction over a private civilian, keep the GPS monitor in place for revenue and control, and punish Plaintiff because of his prior record while treating the complainants (who had no criminal background and initiated the confrontation while intoxicated) more favorably. This created a clear class-of-one equal-protection violation and a conspiracy to deprive Plaintiff of constitutional rights.

**CAUSES OF ACTION**

1.–4. All four federal questions above, supported by Faretta v. California, 422 U.S. 806 (1975); Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009); Horne v. Dep't of Agric., 576 U.S. 350 (2015); Village of Willowbrook v. Olech, 528 U.S. 562 (2000) (class-of-one equal protection).

Judicial immunity is defeated because Dávila acted in clear absence of jurisdiction and in violation of mandatory recusal statute 28 U.S.C. § 455.

**RELIEF SOUGHT (per your attached Fee Schedule)**

- GPS Ankle Monitoring (15+ months) – $55,000 per minute (billions when calculated)
- Illegal attempt to establish corporate jurisdiction – $25,000,000 per occurrence
- The trust property must be returned
- Chattels, interests and Securities

- Permanent injunction against further contact by Defendant
- Costs and § 1988 fees

Maxim of Equity

- *“Equity will not suffer a wrong to be without a remedy”*
- *“Equity sees that as done what ought to be done”*

**Dated:**

/s/ Roy Gene Dunbar Roy Gene Dunbar, Beneficiary P.O. Box 511793 Milwaukee, Wisconsin 53203 414-397-8988 | roydunbar77@yahoo.com

Roy Gene, Dunbar